UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | 02cr292DJS |
| | : | |
| **PHILIP RIOPELLE** | : | |

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Alvin W. Thompson, United States District Judge, who sits in Hartford, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear the docket number 02cr292AWT. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this 26th day of December, 2006.

/s/DJS
Dominic J. Squatrito
United States District Judge