# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. PHILIP RIOPELLE**                                   Docket No. 3:02CR00292(DJS)

### PETITION ON PROBATION AND SUPERVISED RELEASE

  **COMES NOW** Jennifer Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Philip Riopelle who was sentenced to 24 months' imprisonment for a violation of 18 U.S.C. 2252A(a)(5)(B), Possession of Child Pornography, by the Honorable Dominic J. Squatrito, Senior U.S. District Judge sitting in the court at Hartford, Connecticut on January 8, 2003 who fixed the period of supervision at 3 years which commenced on November 5, 2004 and imposed the general terms and conditions theretofore adopted by the court. 1) The defendant shall maintain total abstinence from drugs or alcohol; 2) The defendant shall participate in substance abuse treatment program either inpatient or outpatient, as approved by the probation officer, which may include testing to determine if he has used drugs or alcohol. He shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount determined by the probation officer; 3)The defendant shall participate in a mental health treatment program, with an emphasis on sexual offender treatment, either inpatient or outpatient, to include participation with polygraph administration, as approved by the probation officer. He shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount determined by the probation officer; 4) The defendant shall be prohibited from accessing, possessing, or downloading any child pornography from any computer; (see attached for additional conditions.) Supervision is scheduled to expire on November 14, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No 1: Special Condition No 3: The defendant shall participate in a mental health treatment program, with an emphasis on sexual offender treatment, either inpatient or outpatient, to include polygraph administration, as approved by the probation officer.</u> On November 21, 2006, the defendant was terminated from sexual offender treatment for non-compliance with program requirements.

  **PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Philip Riopelle to appear before this court at Hartford, Connecticut on 1/25/07 at 10:00am to show cause why supervision should not be revoked.

**ORDER OF COURT**                                   Sworn to By

Considered and ordered this ___8th___
day of January, 2007 and ordered filed and made                 _Jennifer L. Amato_
a part of the records in the above case.                              United States Probation Officer

                                                      Place __Hartford, CT__

_____                          Date __January 8, 2007__
The Honorable Alvin W. Thompson
United States District Judge

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 8th day of January 2007 at Hartford, CT, U.S. Probation Officer Jennifer L. Amato appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

                     The Honorable Alvin W. Thompson
                     United States District Judge

5) The defendant shall consent to having installation of any hardware or software systems in order to monitor his computer usage; 6) The defendant shall consent to third-party disclosure to any employer, potential employer, community service site, or other interested party, as determined by the U.S. Probation Office, of any computer related restrictions that are imposed; 7) The defendant shall have no unsupervised contact with any child under the age of 18 years old, including his daughter. Supervision of his interaction with any child should be only with the approval of the probation officer and treatment provider. The defendant may, however, have unsupervised contact with his son, William; 8) The defendant shall permit the probation officer, accompanied by either local, state or federal law enforcement authorities, to conduct a search of the defendant's residence, automobile and workplace for the presence of any sexual explicit material of an unlawful nature; and 9) The defendant must register as a sex offender in any state that he resides.