UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02CR292 (AWT) |
| VS. | : | |
| PHILIP RIOPELLE | : | JANUARY 19, 2007 |

### MOTION FOR ENLARGEMENT OF TIME
### RE: VIOLATION OF SUPERVISED RELEASE HEARING

The defendant, Philip Riopelle, in the above captioned matter, hereby moves this court for an enlargement of time of at least thirty (30) days from a scheduled January 25th Violation of Supervised Release Hearing for the following reasons:

1. On or about January 8, 2003, the court (Honorable Dominic J. Squatrito) sentenced the defendant to twenty-four (24) months incarceration followed by three (3) years of Supervised Release for a violation of 18 U.S.C. 2252A(a)(5)(B), Possession of Child Pornography.

2. The term of Supervised Release commenced on November 5, 2004.

3. On or about January 8, 2007, U.S. Probation (U.S.P.O. Jennifer Amato) filed a Petition on Probation for violating certain terms of his Supervised Release.

4. A hearing on that petition is set for January 25th before this court.

5. Counsel just received copies of the papers concerning the alleged violation.

6. On contacting the Office of U.S. Attorney no specific prosecutor has been assigned the case yet, as the original assistant U.S. Attorney is no longer with the office; hence, counsel has not yet had any opportunity to discuss the allegations with that office.

7. Additional time is needed to properly prepare for such a hearing.

8. The claims do not involve violations of any criminal laws.

9. The Office of U.S. Attorney does not object to this motion.

WHEREFORE, it is so moved that the date of this hearing be enlarged for some date after February 26, 2007.

DEFENDANT, PHILIP RIOPELLE

By _____
Richard R. Brown
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
Tel. (860) 522-3343
Fed. Bar No. Ct00009

## CERTIFICATION

This is to certify that a copy of this motion was sent postage prepaid this 19th day of January, 2007 to the following:

Office of U.S. Attorney
(Attn: Diane)
450 Main Street
Hartford, CT 06103

U.S.P.O Jennifer L. Amato
Office of U.S. Probation
450 Main Street
Hartford, CT 06103

_____
Richard R. Brown