UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02CR292 (AWT) |
| VS. | : | |
| PHILIP RIOPELLE | : | FEBRUARY 22, 2007 |

## MOTION TO FILE UNDER
## SEAL EXHIBITS A & B

In accordance with L.Cr.R. 7(f), the defendant moves to file under seal with this Court, Brief in Support Exhibits A and B, presently being filed, in that said document contains sensitive medical information concerning Philip Riopelle. The failing to seal said Exhibits may interfere with the due administration of justice and the privacy of parties to this matter.

Defendant does not believe that the government (A.U.S.A. Geoffrey M. Stone) objects to this procedure.

WHEREFORE, it is so moved.

                        DEFENDANT, PHILIP RIOPELLE

                        By _____
                           Richard R. Brown
                           Brown, Paindiris & Scott, LLP
                           100 Pearl Street
                           Hartford, CT 06103
                           Tel. (860) 522-3343
                           Fed. Bar No. Ct00009

## CERTIFICATION

This is to certify that a copy of this motion was sent postage prepaid this 22nd day of February, 2007 to the following:

A.U.S.A. Geoffrey M. Stone
Office of U.S. Attorney
450 Main Street, Room 328
Hartford, CT  06103

U.S.P.O Jennifer L. Amato
Office of U.S. Probation
450 Main Street
Hartford, CT  06103

_____
Richard R. Brown

- 3 -