AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
### DISTRICT OF Connecticut

**U.S. v. Philip Lothstein**

EXHIBIT AND WITNESS LIST

CASE NUMBER: 02CR292 (AWT)

*Filed stamp:* March 19, 2007 — Kevin F. Rowe, Clerk — S. L. Smith, Deputy Clerk — FILED AT HARTFORD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Stone | Brown |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 3/19/07 | Thompson | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 3/19/07 |  |  | Leslie Martin Lothstein, Ph.D., Hartford, CT |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages